AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Starrett, Keith | U.S. District Court for the Southern Division of Mississippi | 05/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 1/1/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

701 N. Main Street
Suite 228
Hattiesburg, MS 39401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer and Director | M-J-K, Inc. |
| 2. | Trustee | Trust #1 Keith Starrett Self-employed Retirement Plan & Trust |
| 3. | Director | National Association of Drug Court Professionals |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/31/2004 | Mississippi State Employees Pension Fund; Pension Upon Reaching Age 60 |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Keith Starrett Self-Employed Retirement Plan and Trust, Insurance Benefit | $519.84 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Association of Drug Court Professionals | 3/7/12-3/11/12 | Alexandria, Virginia | Board of Directors Reentry Court Meeting | lodging, meals, transportation |
| 2. | National Association of Drug Court Professionals | 4/22/12 - 4/24/12 | Washington, DC | National Association of Drug Court Professionals Capitol Hill Day | lodging, meals, transportation |
| 3. | National Association of Drug Court Professionals | 5/27/12 - 6/1/12 | Nashville, Tennessee | NADCP Board Meeting and National Conference | lodging, meals, transportation |
| 4. | American Conference Institute | 6/24/12 - 6/26/12 | Chicago, IL | Speaking at Automotive Litigation Seminar | meals, transportation, cab fare |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Starrett, Keith | 05/15/2013 |

| 5. | National Association of Drug Court Professionals | 12/13/12 - 12/16/12 | Washington, DC | NADCP Board Meeting | lodging, meals, transportation |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First South Ag Credit | Real Estate Loans (2) | P1 |
| 2. | Renaisant Bank | Real Estate Loan | P1 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 ___ Self-Employed Ret. Plan & Trust | F | Int./Div. | P1 | W | | | | | |
| 2. Assets of Trust | | Rent | | | | | | | |
| 3. Assets of Trust | | Royalty | | | | | | | |
| 4. -SLIAX Mutual Fund | | | | | | | | | |
| 5. -SLBAX Mutual Fund | | | | | | | | | |
| 6. -ABALX Mutual Fund | | | | | | | | | |
| 7. -MNT | | | | | | | | | |
| 8. - GENON (merged with NRG) | | | | | Merged (with line 9) | 11/15/12 | J | | |
| 9. -NRG | | | | | | | | | |
| 10. -Quadra Mining | | | | | Sold | 1/4/12 | J | D | |
| 11. -Contl Airlines Cl B (Error - should be United Continen). | | | | | | | | | |
| 12. -Great Plains Energy | | | | | | | | | |
| 13. -Semitool, Inc. | | | | | Sold | 1/13/12 | J | | |
| 14. -Goldman Sacks Bond | | | | | Sold | 12/20/12 | K | B | |
| 15. -AIG Bond | | | | | | | | | |
| 16. -General Electric Bond | | | | | Redeemed | 9/17/12 | J | A | |
| 17. -Proctor & Gamble | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Aurico Gold | | | | | | | | | |
| 19. -Northgate Minearal Corp. (sold to Aurico Gold and combined) | | | | | Merged (with line 18) | 7/15/12 | J | | |
| 20. -Timberland Copiah Co., MS | | | | | | | | | |
| 21. -Timberland Attala Co., MS | | | | | | | | | |
| 22. -Pike County Nataional Bank Common Stock | | | | | | | | | |
| 23. -Guardian Life Insurance Policies | | | | | | | | | |
| 24. -Tutor Perini Bond | | | | | | | | | |
| 25. -Stonemore Operations Bond | | | | | | | | | |
| 26. -Covington County, MS Timberland | | | | | Sold | 8/23/12 | K | D | Weyerhaeuser, Inc. |
| 27. -Covington County, MS Timberland | | | | | Sold | 8/23/12 | L | D | Weyerhaeuser, Inc. |
| 28. -Dodge & Cox Income Fund | | | | | Buy | 11/8/12 | J | | |
| 29. -AK Steel Corp Bond | | | | | Buy | 1/9/12 | K | | |
| 30. -Champion Intl Cor Bond | | | | | Buy | 1/24/12 | J | | |
| 31. -Dyncorp Intl Bond | | | | | Buy | 1/24/12 | J | | |
| 32. -Exide Technolog Bond | | | | | Buy | 10/23/12 | J | | |
| 33. -Roadhouse Fin Bond | | | | | Buy | 10/23/12 | J | | |
| 34. -Stonemore Oper Bond | | | | | Buy | 11/5/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -United Refining Bond | | | | | Buy | 5/16/12 | J | | |
| 36.     Charles Schwab Brokerage Acct., All investment | | | | | | | | | |
| 37. Decisions made by Independent Advisors | | | | | | | | | |
| 38. UAL Corp. (Bond) | A | Interest | K | T | Buy | 1/9/12 | K | | |
| 39. Whole Foods Market, Inc. | A | Dividend | J | T | Buy | 1/24/12 | J | | |
| 40. U.S. Airways Group | | None | J | T | Buy | 10/23/12 | J | | |
| 41. Emerson Electric Co (M) | A | Dividend | K | T | | | | | |
| 42. Enterprise Partners | B | Dividend | K | T | | | | | |
| 43. Qualcomm Inc (M) | A | Dividend | L | T | | | | | |
| 44. Continental Airlines | | None | J | T | | | | | |
| 45. EZ Chip Semiconductor | | None | K | T | | | | | |
| 46. Laboratory Corp of America | | None | J | T | Buy | 11/3/12 | J | | |
| 47. Quadra Mining, Ltd. | | None | | | Sold | 1/4/12 | J | | |
| 48. Newmont Mining Bond | A | Interest | J | T | Buy | 6/27/12 | J | | |
| 49. Market Vector Gold | A | Dividend | J | T | Buy | 6/27/12 | J | | |
| 50. Proctor & Gamble | A | Dividend | J | T | Buy | 6/27/12 | J | | |
| 51. Newmont Mining Convertible Debenture | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vivus | | None | J | T | | | | | |
| 53. Nevada Copper Company | | None | J | T | | | | | |
| 54. Caterpillar, Inc. | A | Dividend | J | T | | | | | |
| 55. Newmont Mining | A | Dividend | J | T | | | | | |
| 56. Compugen Ltd. | | None | J | T | | | | | |
| 57. Ensco Int | A | Dividend | J | T | | | | | |
| 58. Synaptics Inc. | | None | | | Sold | 11/19/12 | J | B | |
| 59. Mosaic, Inc. | A | Dividend | J | T | | | | | |
| 60. Phosphate Holdings | | None | J | T | | | | | |
| 61. Freeport McMoron Copper and Gold | A | Dividend | K | T | | | | | |
| 62. A K Steel | | None | J | T | | | | | |
| 63. Schnitzer Steel | A | Dividend | J | T | | | | | |
| 64. Teck Resources, Ltd. | A | Dividend | L | T | Sold (part) | 7/26/12 | J | C | |
| 65. UAL Corp. | B | Interest | K | T | Buy | 11/9/12 | J | | |
| 66. Qualcom, Inc. | A | Dividend | K | T | Sold (part) | 11/9/12 | J | B | |
| 67. United Continential Holdings | | None | J | T | Buy | 11/9/12 | J | | |
| 68. Monsanto, Inc. | A | Dividend | | | Sold | 5/15/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. U.S. Airways | | None | J | T | Buy | 10/23/12 | J | | |
| 70. Netlogic, Microsystems Inc. | | None | | | Sold | 9/12/12 | J | C | |
| 71. Teck Resources, Ltd. | A | Dividend | L | T | Sold (part) | 11/3/12 | J | C | |
| 72. CF Industries Holdings, Inc. | A | Dividend | J | T | Sold (part) | 8/22/12 | J | A | |
| 73. Calpine Corp. | | None | J | T | | | | | |
| 74. IRA #1 All investment decisions made by independent | | | | | | | | | |
| 75. Investment Advisors. Held by Charles Schwab | E | Int./Div. | P1 | T | | | | | |
| 76. -Aurico Gold | | | | | | | | | |
| 77. -Netlogic Microsystems | | | | | | | | | |
| 78. -Tower Semiconductor | | | | | | | | | |
| 79. -United Continental | | | | | | | | | |
| 80. -Sandisk Bond | | | | | | | | | |
| 81. -Wave Systems | | | | | | | | | |
| 82. -Troy Resources | | | | | | | | | |
| 83. -Quicklogic Corp | | | | | | | | | |
| 84. -AK Steel Holdings | | | | | | | | | |
| 85. -Compugen Ltd. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -Synaptics | | | | | Sold | 5/15/12 | J | A | |
| 87.   -Hercules Offshore | | | | | | | | | |
| 88.   -Patterson Energy | | | | | | | | | |
| 89.   -Micron Tech | | | | | | | | | |
| 90.   -Aditya Birla Minerals | | | | | Sold | 11/20/12 | J | | |
| 91.   -First Nickel | | | | | Sold | 11/1/12 | J | | |
| 92.   -Laboratory Corp of America | | | | | Sold (part) | 5/25/12 | J | B | |
| 93.   -Perilya Ltd. | | | | | Sold | 11/20/12 | J | | |
| 94.   -Liberty Mines | | | | | | | | | |
| 95.   -Ivernia Inc. | | | | | | | | | |
| 96.   -Intel Corp. | | | | | | | | | |
| 97.   -Phosphate Holdings, Inc. | | | | | | | | | |
| 98.   -Dana Holding Corp. | | | | | | | | | |
| 99.   -Advanced Micro Devices | | | | | | | | | |
| 100.  -Vivus | | | | | | | | | |
| 101.  -Breakwater Rosources Ltd. new | | | | | | | | | |
| 102.  -Energy Conversion Devices | | | | | Sold | 2/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - OZ Minerals, LTD, f/k/a Zinifex, LTD | | | | | Sold | 11/16/12 | J | | |
| 104. -Sirius XM Radio, Inc., f/k/a XM Satellite Radio (XMSR) | | | | | Sold | 8/3/12 | J | | |
| 105. -Century Aluminum | | | | | | | | | |
| 106. -Anadigics, Inc. | | | | | | | | | |
| 107. -Rowan Companies | | | | | | | | | |
| 108. -Amgen | | | | | | | | | |
| 109. -Ebay, Inc. | | | | | | | | | |
| 110. -Emerson Electric | | | | | | | | | |
| 111. -EZ Chip Semiconductor | | | | | | | | | |
| 112. -Qualcomm | | | | | | | | | |
| 113. -Schnitzer Steel | | | | | | | | | |
| 114. -Xilinx, Inc. (Convertable Bond) | | | | | | | | | |
| 115. -Northgate Minerals Corp. | | | | | | | | | |
| 116. -Mercator Minerals | | | | | | | | | |
| 117. -Whole Foods Market, Inc. | | | | | Sold (part) | 6/27/12 | J | D | |
| 118. -Steel Dynamics (Convertible Bond) | | | | | | | | | |
| 119. -Newmont Mining (Convertible Bond) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Freeport McMoron Copper and Gold | | | | | | | | | |
| 121. -Market Vectors Gold Miners ETF | | | | | | | | | |
| 122. -Micron Technology (Convertible Bond) | | | | | | | | | |
| 123. -Caterpillar, Inc. | | | | | | | | | |
| 124. -Tata Motors | | | | | | | | | |
| 125. -Ensco Int. | | | | | | | | | |
| 126. -UAL Corp. (Bond) | | | | | | | | | |
| 127. -Teck Resources | | | | | | | | | |
| 128. -Newmont Mining | | | | | | | | | |
| 129. -International Paper | | | | | | | | | |
| 130. -Castle AM & Co | | | | | | | | | |
| 131. -Hospitality Properties | | | | | | | | | |
| 132. -Advanced Micro Dev. (Convertable Bond) | | | | | | | | | |
| 133. -U.S. Steel | | | | | | | | | |
| 134. -Google, Inc. | | | | | | | | | |
| 135. -Netlogic, Inc. | | | | | | | | | |
| 136. -Teva Pharm | | | | | Sold | 5/16/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Intel Corp (Bond) | | | | | | | | | |
| 138. -Calpine Corp | | | | | | | | | |
| 139. -Orko Silver Corp | | | | | | | | | |
| 140. -Global Silver Mines, ETF | | | | | | | | | |
| 141. -T-3 Motion | | | | | Sold | 5/16/12 | J | | |
| 142. -CF Holdings | | | | | | | | | |
| 143. -Equinix Inc. (Bond) | | | | | Sold | 4/27/12 | K | D | |
| 144. -Apple Inc. | | | | | Sold (part) | 3/16/12 | L | F | |
| 145. -Delta Airlines | | | | | Buy | 1/25/12 | J | | |
| 146. -Diana Containers | | | | | Buy | 3/15/12 | J | | |
| 147. -Dupont E I DE Nemours | | | | | Buy | 10/23/12 | J | | |
| 148. -Proctor & Gamble | | | | | Buy | 6/27/12 | K | | |
| 149. -US Steel Corp Bond | | | | | Buy | 04/13/12 | K | | |
| 150. -L3 Communications Bond | | | | | Buy | 3/15/12 | J | | |
| 151. -U S Airways | | | | | Buy | 10/23/12 | J | | |
| 152. -Raytheon Corp | | | | | Buy | 11/15/12 | K | | |
| 153. -Navistar International Bond | | | | | Buy | 2/12/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Mosaic Co. | | | | | Buy | 1/15/12 | K | | |
| 155.  -Evogene Ltd | | | | | Buy | 6/27/12 | J | | |
| 156.  -Monsanto | | | | | Sold | 11/5/12 | K | A | |
| 157.  IRA #2 All investment decisions made by independent | | | | | | | | | |
| 158.  Investment Advisors | C | Dividend | | | Redeemed | 4/9/12 | K | C | |
| 159.  -Schnitzer Steel | | | | | Sold | 4/9/12 | J | | |
| 160.  -EZ Chip Semiconductor, f/k/a anoptics Ltd | | | | | Sold | 4/9/12 | J | B | |
| 161.  -Rowan Companies | | | | | Sold | 4/9/12 | J | | |
| 162.  -Continental Airlines | | | | | Sold | 4/9/12 | J | A | |
| 163.  -Anadigics | | | | | Sold | 4/9/12 | J | | |
| 164.  -Laboratory Corp of Am | | | | | Sold | 4/9/12 | J | A | |
| 165.  -Perilyn, Inc. | | | | | Sold | 4/9/12 | J | | |
| 166.  -Intel Corp | | | | | Sold | 4/9/12 | J | A | |
| 167.  -Diana Shipping | | | | | Sold | 4/9/12 | J | | |
| 168.  -Universal Stainless and Alloy | | | | | Sold | 4/9/12 | J | | |
| 169.  -Ensco International | | | | | Sold | 4/9/12 | J | | |
| 170.  -Hospitality Properties | | | | | Sold | 4/9/12 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Marketvector's Gold ETF | | | | | Sold | 4/9/12 | J | A | |
| 172. -Caterpillar, Inc. | | | | | Sold | 4/9/12 | J | B | |
| 173. -United States Steel | | | | | Sold | 4/9/12 | J | | |
| 174. -Mosaic Co | | | | | Sold | 4/9/12 | J | B | |
| 175. -C.F. Industries | | | | | Sold | 4/9/12 | J | B | |
| 176. -Newmont Mining | | | | | Sold | 4/9/12 | J | | |
| 177. Other Assets Owned ▮▮▮ ▮▮▮ | | | | | | | | | |
| 178. Rental Property No. 1; McComb, Pike Co., MS | F | Rent | O | W | | | | | |
| 179. Rental Property No. 2; McComb, Pike Co., MS | F | Rent | O | W | | | | | |
| 180. Rental Property No. 3; McComb, Pike Co., MS | E | Rent | N | W | | | | | |
| 181. Mineral Rts; Pike Co.,MS Denbury Energy | E | Royalty | L | W | | | | | |
| 182. Oakhurst Associates LP | | None | J | W | | | | | |
| 183. Pike County National Bank | A | Dividend | K | T | | | | | |
| 184. First SW Corp. Common Stock | G | Dividend | P1 | T | | | | | |
| 185. Regions National Bank | A | Interest | J | T | | | | | |
| 186. Timberland Walthall Co., MS▮ | C | Rent | P1 | W | | | | | |
| 187. Timberland Pike Co., MS ▮▮ | E | Rent | P1 | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Walker #1 Oil Investment, Walthall Co., MS | A | Royalty | J | W | | | | | |
| 189. United Farms LLC, St. Francis Co., Arkansas | C | Rent | M | W | Buy | 10/26/12 | M | | United Farms, Inc. |
| 190. Mirant Corp | | None | | | Redeemed | 9/27/12 | J | | |
| 191. M-J-K, Inc. | A | Interest | J | W | | | | | |
| 192. Charles Schwab ▨ Account # 2 | | | | | | | | | |
| 193. MS Dev.Bank Special Obligation City of Jackson Bond | A | Interest | K | T | | | | | |
| 194. MS Dev. Bank Sepcial Obligation Greenville Bond | A | Interest | J | T | | | | | |
| 195. Educational Building Corp. Bond | A | Interest | J | T | | | | | |
| 196. MS Public Improvment Bank - Ridgeland Bond | A | Interest | J | T | | | | | |
| 197. MS Home Corp. (Bond) | A | Interest | J | T | | | | | |
| 198. MS Home Corp - Single Family (Bond) | A | Interest | J | T | | | | | |
| 199. MS State (Bond) | B | Interest | K | T | | | | | |
| 200. Virginia Tobacco Settlement (Bond) | A | Interest | J | T | | | | | |
| 201. Parkway East Public Improvement (Bond) | B | Interest | J | T | | | | | |
| 202. Harrison County (Bond) | B | Interest | | | Redeemed | 4/1/12 | K | D | |
| 203. Tarrant County, Texas (Bond) | B | Interest | K | T | | | | | |
| 204. MS Developement Bank (Bond) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. MS. Developement Bank (Bond) | A | Interest | J | T | | | | | |
| 206. Miss. Dev. Bank Special Obligation Jackson Pub. Sch Dis Bond | B | Interest | K | T | | | | | |
| 207. Miss. Business Finance Corporation (Bond) | B | Interest | K | T | | | | | |
| 208. Lowndes Co. Miss Solid Waste Disp. Pollution (Bonds) | B | Interest | K | T | | | | | |
| 209. Miss. Dev. Bank Spec. Oblig. Muni. Energy Agency (Bond) | A | Interest | K | T | | | | | |
| 210. Harris Co. Houston, TX Sports Authority (Bond) | A | Interest | J | T | | | | | |
| 211. Miss. Hosp. Equip. Facilities (bond) | A | Interest | J | T | | | | | |
| 212. Miss. Dev. Bank Special Oblig. Capital Projects (Fond) | B | Interest | K | T | | | | | |
| 213. Tobacco Settl. Finc. Corp of LA (Bond) | A | Interest | J | T | | | | | |
| 214. Miss. Dev. Bank Spec. Oblig. Munc. Energy (Bond) Agency | B | Interest | K | T | | | | | |
| 215. Miss. Home Corp. Single Fmly. Mortgage (Bond) | A | Interest | J | T | | | | | |
| 216. Puerto Rico Commonwealth Intra Fincancing (Bond) | A | Interest | J | T | | | | | |
| 217. Puerto Rico Commwealth Intra. Financing (Bond) | A | Interest | K | T | | | | | |
| 218. Miss. Development Bank Special Obligation (Bond) | A | Interest | J | T | | | | | |
| 219. Miss. State University Educational Building Corp. (Bond) | A | Interest | J | T | | | | | |
| 220. Miss. Development Bank Special Obligation CUSIP | A | Interest | J | T | | | | | |
| 221. Warren County, MS Gulf Opportunity Zone CUSIP | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Warren County, MS Gulf Opportunity Zone CUSIP ____ (Bond) | B | Interest | K | T | | | | | |
| 223. Miss. Dev Bank Special Oblg. Southhaven, MS CUS ____ | A | Interest | J | T | | | | | |
| 224. Ms. Dev Bank Spec Oblg, Jackson, MS CUSI ____ (Bond) | B | Interest | K | T | | | | | |
| 225. Warren Co, MS Gulf Opp. Zone Int. Pap. CUSIP ____ (Bond) | A | Interest | K | T | | | | | |
| 226. LA Local Govt. Envior. Facilities Comm Dev QSIP ____ | A | Interest | J | T | | | | | |
| 227. MS Dev Bank Spec Oblg Capital Proj. QSIP# ____ (Bond) | A | Interest | J | T | | | | | |
| 228. MS Dev Bank Spec Oblg CUSIP ____ (Bond) | A | Interest | J | T | | | | | |
| 229. MS Dev Bank Special Oblg CUSIP# ____ (Bond) | A | Interest | J | T | | | | | |
| 230. MS Bus Fin Corp Gulf Opp Zone South MS Elec SIP ____ | A | Interest | J | T | | | | | |
| 231. MS Hospital Equip. & Facilities CUSIP ____ | C | Interest | K | T | | | | | |
| 232. MS Bus Corp Pollution Cont. Entergy Systems QSIP ____ | B | Interest | | | Redeemed | 9/27/12 | K | C | |
| 233. Scotsburg, Indiana Health Facility CUSIP ____ | A | Interest | J | T | | | | | |
| 234. Stonebridge Pub Improvement Dist (Bond) QSIP# ____ | | None | J | T | | | | | |
| 235. MS Dev Bank Spec Oblg CUSIP ____ (Bond) | A | Interest | J | T | | | | | |
| 236. MS Dev Bank Spec Oblg CUSIP ____ (Bond) | A | Interest | J | T | | | | | |
| 237. Pearl River, MS Comm College Unit Housing (Bond) | A | Interest | J | T | | | | | |
| 238. Choctaw Co. AL Revenue CUSIP# ____ (Bond) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Flowood, MS Tax Increment Financing CUSIP___ (Bond) | A | Interest | J | T | | | | | |
| 240. First BankShares of Mississippi, d/b/a The First | A | Dividend | J | T | | | | | |
| 241. Miss. Dev. Bank Bond CUSIP___ (Bond) | A | Interest | K | T | | | | | |
| 242. Miss. Hospital Equip. Bonds CUSIP___ (Bond) | B | Interest | K | T | | | | | |
| 243. Miss. Dev. Bank Bond CUSIP___ (Bond) | A | Interest | | | Redeemed | 4/24/12 | J | A | |
| 244. Miss. Dev. Bank Bond CUSIP___ (Bond) | A | Interest | J | T | | | | | |
| 245. Miss. Dev. Bank Bond CUSIP___ (Bond) | A | Interest | | | Redeemed | 4/24/12 | J | A | |
| 246. Entergy Corp | B | Dividend | K | T | | | | | |
| 247. Great Plains Energy | A | Dividend | J | T | | | | | |
| 248. Miss. Dev. Bank Bond CUSIP 6___ | A | Interest | | | Redeemed | 4/24/12 | J | A | |
| 249. Phosphate Holdings | | None | J | T | | | | | |
| 250. AK Steel Holding | | None | J | T | | | | | |
| 251. Hancock John Financial Bank Shares | A | Dividend | J | T | Buy | 11/19/12 | J | | |
| 252. Louisiana Public Facilities Bond CUSIP___ | A | Interest | J | T | Buy | 1/15/12 | J | | |
| 253. Univ Southern Miss Bond CUSIP___ | A | Interest | J | T | Buy | 2/3/12 | J | | |
| 254. Wood County W VA Bond CUSIP___ | A | Interest | J | T | Buy | 2/15/12 | J | | |
| 255. International Paper | A | Dividend | | | Sold | 12/13/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. Timberland Covington County, Mississippi | | None | P1 | W | Buy (add'l) | 10/18/12 | O | | Plum Creek Timberlands |
| 257. Mineral Rights, Amite Co., MS | A | Royalty | J | W | | | | | |
| 258. Mineral Rights Franklin Co., MS | | None | J | W | | | | | |
| 259. Mineral Rights, Walthall Co., MS | | None | J | W | | | | | |
| 260. Mineral Rights, Lincoln Co., MS | | None | J | W | | | | | |
| 261. Mineral Rights, Copiah Co., MS | | None | J | W | | | | | |
| 262. Mineral Rights, Pike County., MS | A | Royalty | J | W | | | | | |
| 263. Mineral Rights, Marion Co., MS | | None | J | W | | | | | |
| 264. Mineral Rights, Covington Co, MS | | None | J | W | Buy | 8/23/12 | J | | Weyerhaeuser Corp. |
| 265. Timberland Lincoln Co., MS | | None | | | Sold | 8/23/12 | M | F | Paul Sykes |
| 266. Time Share Condo; New Orleans, LA | | None | J | W | | | | | |
| 267. Note and Mortgage Receivable (Magee) | E | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | P2 =$5,000,001 - $25,000,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P4 =More than $50,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts
Line 151 - 170. IRA #2 was liquidated and closed out. All funds were paid to owner.

VII. Investments and Trusts FROM 2011 REPORT
From Line 12, which listed Trust #1                , Self-Employed Retirement Plan and Trust the following listed common stocks were rolled over into IRA #1, which was listed on Line 125 of the 2011 Report and is listed on Line 62 above. The   common stocks that were rolled over into the IRA were as follows:
1. Aditya Birla Minerals, 2. Advanced Micro Devices, 3. A K Steel Holding Corp., 4. Anadigics, Inc. 5. Apple, Inc., 6. Aurico Gold, 7. Calpine Corp. 8. Century Aluminum Company, 9. C.F. Industries Holdings, 10. Compugen Ltd., 11. Dana
Holding Corporation, 12. EBay, Inc. 13. EZ Chip Semiconductor, 14. First Nickel, Inc., 15. Freeport McMoran Copper, 16. Hercules Offshore, Inc., 17. Intel Corp, 18. Ivernia, Inc., 19. Lab Corp of America Holdings, 20. Liberty Mines, Inc.
21. Micron Technology, Inc., 22. Newmont Mining Corp., 23. Patterson UTI Energy, Inc., 24. Perilya Ltd. Ord., 25. Phosphate Holding, Inc., 26. Qualcomm, Inc., 27. Quicklogic Corp., 28. Rowan Companies, 29. Sandisk Corp., 30 Schnitzer  Steel Indusstries, 31. Sirius XM Radio, Inc. 32. Snyaptics, Inc., 33. Tata Motors, Ltd., ADR, 34. Teck Resources, Ltd. 35. Tower Semiconductor, Ltd., 36. Troy Resources, Ltd., 37. United Continential Holdings, Inc., 38. Vivus, Inc., 39. Wave
Systems CP Corp., 40. Whole Foods Market, Inc.

These common shares were merged into IRA #1 and will be accounted for therein.

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 05/15/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Keith Starrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544